| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BENJAMIN B. WAGNER<br>United States Attorney<br>CHRISTIAAN H. HIGHSMITH<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2739<br>Facsimile: (916) 554-2900 |

**FILED**

APR 17 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>The person of Hussain Shahzad. | CASE NO. 2:13-SW-0546-DAD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: April 16, 2014

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge